**DAVIS BETHUNE & JONES**
Ted Ruzicka *(Pro Hac Vice)*
JT Malone *(Pro Hac Vice)*
1100 Main Street, Suite 2930
Kansas City, MO 64105
Tel: 816-421-1600
Fax: 816-472-5972
truzicka@dbjlaw.net
jtmalone@dbjlaw.net
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| P.A., an individual, | Case No. 3:26-cv-04296 |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| Lyft, Inc., a Delaware Corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Ted Ruzicka*
ATTORNEY

CASE NO. 3:26-cv-04296         CERT. OF INTERESTED ENTITIES OR PERSONS